Judge Ronald B. Leighton

FILED _____ LODGED
_____ RECEIVED

MAR - 8 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOMAS RAMIREZ-LARA,<br>a/k/a Jose Luis Cerda Rios, and<br>JOSE ALFREDO GALLARDO GONZALEZ,<br><br>　　　　　Defendants. | NO. CR05-5766RBL<br><br>[PROPOSED] ORDER<br>GRANTING STIPULATED<br>MOTION TO CONTINUE<br>TRIAL DATE |

Upon the stipulation and motion of the parties to continue the trial and pretrial motions due date in the above-captioned case, and based upon the stipulated and agreed facts set forth in the parties' motion, which are hereby adopted as findings of the Court and incorporated by reference, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the Defendants in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued to ~~June~~ May 30, 2006. @ 9:10 am. The period of delay resulting from this continuance from March 20, 2006, to the new trial date of ~~June~~ May 30, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

// Pretrial Conference is set May 23, 2006 @ 9:00

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE
U.S. v. Escobar et, al./CR05-5766RBL - 1

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

1  IT IS FURTHER ORDERED that the pretrial motions due date be extended to
2  April __10__, 2006.
3  DATED this __8th__ day of __March__ 2006.

4
5
6                                          _____
7                                          HONORABLE RONALD B. LEIGHTON
                                           United States District Judge
8  Presented by:
9

10
11  JOHN McKAY
    United States Attorney
12
13  s/ Michael Dion
    MICHAEL DION
    Assistant United States Attorney
14

15  s/ Paula Olseon (per telephonic auth.)
    PAULA OLSON
16  Attorney for Defendant
    Jose Alfredo Gallardo Gonzalez
17

18  s/ Roger Hunko (per telephonic auth.)
    ROGER HUNKO
19  Attorney for Defendant
    Tomas Ramirez-Lara
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE
U.S. v. Escobar et. al./CR05-5766RBL - 2

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800